JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENOVATIO TECNOLOGIA DIGITAL LTD, a Brazilian limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOLPHIN IMAGING & MANAGEMENT SOLUTIONS f/k/a DOLPHIN IMAGING SYSTEMS, LLC, a California limited liability company; PATTERSON COMPANIES, INC., a Minnesota corporation; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02389-MCS-KS<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Re: Motion to Dismiss Third Amended Complaint, it is ordered, adjudged, and decreed that the claims of Plaintiff Renovatio Tecnologia Digital Ltd. against Dolphin Imaging & Management Solutions, formerly known as Dolphin Imaging Systems, LLC, are dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: May 27, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2